

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CV–16–371

| | |
|---|---|
| NICHOLAS LAWSON<br><br>           APPELLANT<br><br>V.<br><br><br><br>MOBILEX USA/TRIDENT USA<br>HEALTH SERVICES, LLC, and<br>AMERICAN CASUALTY COMPANY<br>OF READING, PA<br><br>           APPELLEES | **Opinion Delivered** September 28, 2016<br><br>APPEAL FROM THE ARKANSAS<br>WORKERS' COMPENSATION<br>COMMISSION [NO. G208057]<br><br><br><br><br><br><br><br>AFFIRMED |

**PHILLIP T. WHITEAKER, Judge**

Appellant Nicholas Lawson appeals a decision by the Workers' Compensation Commission ("Commission") that reversed the opinion of the Administrative Law Judge ("ALJ") and found that Lawson had failed to meet his burden of proving a compensable lumbar injury. His sole argument on appeal is that there was insufficient evidence to support the Commission's credibility determination.

Having reviewed the evidence presented, we disagree and affirm by issuing this memorandum opinion.

We may issue memorandum opinions in any or all of the following cases:

      (a)     Where the only substantial question involved is the sufficiency of the evidence;

      (b)     Where the opinion, or findings of fact and conclusions of law, of the trial court or agency adequately explain the decision and we affirm;

SLIP OPINION

      (c)     Where the trial court or agency does not abuse its discretion and that is the only substantial issue involved; and

      (d)     Where the disposition of the appeal is clearly controlled by a prior holding of this court or the Arkansas Supreme Court and we do not find that our holding should be changed or that the case should be certified to the supreme court.

*In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

This case falls squarely within categories (a) and (b). The only substantial question on appeal is whether the Commission's opinion was supported by sufficient evidence. A review of the record reflects that it was. Further, the opinion of the Commission adequately explains the decision reached. Accordingly, we affirm by memorandum opinion.

Affirmed.

GRUBER and HOOFMAN, JJ., agree.

*Gary Davis*, for appellant.

*Worley, Wood & Parrish, P.A.*, by: *Melissa Wood*, for appellees.